■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BLACK SUPREME ALLAH, Also Known as ROBERT PRINGLE, Appellant.—Judgment, Supreme Court, Bronx county, rendered on September 22, 1976, unanimously affirmed. Application by appellant's counsel to withdraw is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that

there are no meritorious points which could be raised on this appeal. Concur —Birns, J. P., Fein, Bloom, Lane and Markewich, JJ.